**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **JORGE LUIS LEAL,** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | **Cause No. 3:24-CV-02254-JPG** |
| **vs** | **)** | |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

## ENTRY OF APPEARANCE

Comes now, Daniel A. Juengel, of the law firm of Frank & Juengel Law Group P.C., and hereby enters as counsel on behalf of the Petitioner, Jorge Luis Leal.

Respectfully submitted,

FRANK & JUENGEL LAW GROUP P.C.

By: *_/s/Daniel A. Juengel_* ___________
DANIEL A. JUENGEL (MO Bar #42784)
Counsel for Defendant
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777
djuengel@fjrdefense.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Thomas E. Leggans
Assistant U.S. Attorney – Benton
402 West Main Street, Suite 2A
Benton, IL 62812

*/s/Daniel A. Juengel*
DANIEL A. JUENGEL