**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **JORGE LUIS LEAL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Cause No. 3:24-CV-02254-JPG** |
| **vs** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MOTION TO WITHDRAW

Comes now Daniel A. Juengel, Appointed Counsel for the Petitioner and hereby requests leave to withdraw. After reviewing the petition and the parties involved, counsel has a conflict of interest. Wherefore counsel requests to withdraw and for new counsel to be appointed for the petitioner.

Respectfully submitted,

FRANK & JUENGEL LAW GROUP P.C.

By: */s/Daniel A. Juengel*___________

DANIEL A. JUENGEL (MO Bar #42784)
Counsel for Defendant
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777
djuengel@fjrdefense.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Thomas E. Leggans
Assistant U.S. Attorney – Benton
402 West Main Street, Suite 2A
Benton, IL 62812

*/s/Daniel A. Juengel*
DANIEL A. JUENGEL