IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JORGE LUIS LEAL | ) |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) No: 24-CV-02254 JPG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

ENTRY OF APPEARANCE

Comes Now Peter M. Cohen and enters his appearance as "**CJA appointed counsel**" on behalf of the Movant, Jorge Luis Leal.

Respectfully submitted,

_/s/ Peter M. Cohen__________

PETER M. COHEN #38391
Attorney for Plaintiff
225 S. Meramec Ave., Suite 1100
St. Louis, MO 63105
(314) 762-0070
(314) 772-3604 Fax
petecohen@sbcglobal.net

CERTIFICATE OF SERVICE

A copy of the foregoing was delivered via ECF system on this 13th day of June, 2025 to: Tom Leggans, Assistant United States Attorney.

__/s/ Peter M. Cohen_
Attorney at Law