UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JORGE LUIS LEAL,

Petitioner,

v.                                               Civil No. 24-cv-2254-JPG

UNITED STATES OF AMERICA,                        Criminal No. 19-cr-40069-JPG

Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jorge Luis Leal's motion

to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment

is entered in favor of respondent United States of America and against petitioner Jorge Luis Leal,

and that this case is dismissed with prejudice.


**DATED: October 28, 2025**                    **MONICA A. STUMP, Clerk of Court**

                                               **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**